IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES F. DOWDEN, TRUSTEE OF
THE BANKRUPTCY ESTATE OF
HUGH DANA HUCHINGSON                                                                    PLAINTIFF

v.                                        Case No. 6:18-cv-6123

CORNERSTONE NATIONAL
INSURANCE COMPANY                                                                       DEFENDANT

## JUDGMENT

Before the Court are cross-motions for summary judgment. ECF Nos. 39, 42. Both Plaintiff and Defendant have filed responses in opposition to the summary judgment motions. ECF Nos. 45, 47. Both parties have filed replies. ECF Nos. 50, 53. The motions are ripe for the Court's consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 39) should be and hereby is **GRANTED** and that Plaintiff's Motion for Summary Judgment (ECF No. 42) should be and hereby is **DENIED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge